Exhibit D

---

| | |
|---|---|
| **From:** | russell@newtraditionsltd.com |
| **Sent:** | Tuesday, May 17, 2022 9:57 AM |
| **To:** | Chung, Wook |
| **Cc:** | DeOrchis, Vincent M.; O'Connor, Robert E.; Kuffler, Alfred; petervaz@aol.com |
| **Subject:** | FW: "TAC IMOLA"- DISPOSAL COSTS OF DAMAGED CRATES FROM Hold # 2 - Sedgwick File: NYC22900930 |

**\*\*CAUTION\*\* External Email**

**From:** Rahman, Lutfur <Lutfur.Rahman@sedgwick.com>
**Sent:** Tuesday, May 17, 2022 9:36 AM
**To:** russell@newtraditionsltd.com
**Cc:** sibyl@newtraditionsltd.com; Bender, Chris <Christopher.Bender@sedgwick.com>; '深蓝' <41583973@qq.com>; 'Steve Benedict' <Steve@benedictcompany.com>; 'Ivan Shen' <ivan@newtraditionsltd.com>; 'Ricky Sung' <ricky@newtraditionsltd.com>; James A. Saville <JSaville@hillrivkins.com>
**Subject:** "TAC IMOLA"- DISPOSAL COSTS OF DAMAGED CRATES FROM Hold # 2 - Sedgwick File: NYC22900930

Dear Russel,

Good Morning.
Please be advised that the cargo insurer, PICC Qingdao Branch, had advised us last night that the Policy in affect for these shipments would not cover the disposal costs of damaged cargo.

Best regards.

**Capt. Lutfur Rahman, Sr. Marine Surveyor, NAMS-CMS**
120 Broadway, Suite 900 | New York, NY 10271
PHONE 212 267 2700 x 006271 | FAX 212.406.3932
CELL 917-406 4379 | EMAIL Lutfur.Rahman@sedgwick.com
www.sedgwick.com | Caring counts®



---

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.