IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

------------------------------------------------------------ X
HAWTHORNE INDUSTRIAL
PRODUCTS INC.,
GENESIS PRODUCTS INC.,
GREAT LAKES LAMINATION,
GREAT LAKES FOREST PRODUCTS,
and FUSION WOOD PRODUCTS,

                Plaintiffs,

v.                                         Civil Action No.: 1:23-cv-03248-RDB

PICC PROPERTY AND CASUALTY
COMPANY LIMITED d/b/a
PICC PROPERTY AND CASUALTY
COMPANY LIMITED QINGDAO BRANCH,

                Defendant.
------------------------------------------------------------ X

**ORDER**

Upon consideration of the Stipulation to Extend Plaintiffs' Time to Respond to Defendant's Motion to Dismiss, and there being no opposition thereto, it is this  12  th day of July, 2024, hereby:

ORDERED, that the new deadline for Plaintiffs to file their response to Defendant's Motion to Dismiss [ECF No. 9] is July 31, 2024.

                                            /s/
                                      The Honorable Richard D. Bennett,
                                      United States District Court for the District of Maryland